**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEEANNE SWIFT, Derivatively on Behalf of Nominal Defendant RXSIGHT, INC.,

Plaintiff,

v.

RON KURTZ, SHELLEY THUNEN, J. ANDY CORLEY, WILLIAM J. LINK, JULIET TAMMENOMS BAKKER, ROBERT WARNER, JULIE B. ANDREWS, ROBERT J. PALMISANO, SHWETA SINGH MANIAR, and TAMARA R. FOUNTAIN,

Defendants,

and

RXSIGHT, INC.,

**Nominal Defendant.**

Case No. 8:25-cv-01820-FWS-KES

**ORDER**

The Honorable Fred W. Slaughter

**Caption continued on next page**

| | |
|---|---|
| ERIC YOST, Derivatively on Behalf of RXSIGHT, INC.,<br><br>Plaintiff,<br>v.<br><br>RON KURTZ, SHELLEY THUNEN, J. ANDY CORLEY, WILLIAM J. LINK, JULIET TAMENOMS, BAKKER, ROBERT WARNER, JULIE B. ANDREWS, ROBERT J. PALMISANO, SHWETA SIGNH MANIAR, and TAMARA R. FOUNTAIN,<br><br>Defendants,<br>and,<br><br>RXSIGHT, INC.,<br><br>Nominal Defendant. | Case No: 8:25-cv-02295-FWS-KES |

The Court, having considered the Joint Stipulation to Consolidate the Derivative Actions, Appoint Co-Lead Counsel and Stay the Derivative Actions filed by the Parties to the above-captioned shareholder derivative actions, and good cause appearing therefor, hereby Orders, as follows:

1. The stay in *Swift v. Kurtz, et al.*, Case No. 8:25-cv-01820-FWS-KES (C.D. Cal.) (the "*Swift* Action") is temporarily lifted for the limited purpose of consolidating the *Swift* Action with *Yost v. Kurtz, et al.*, Case No. 25-cv-02295-FWS-KES (C.D. Cal.) (the "*Yost* Action") and appointing co-lead counsel.

2. The *Swift* and *Yost* Actions shall be consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 8:25-cv-01820-FWS-KES (the "Consolidated Derivative Action"). Every pleading in the Consolidated Derivative Action shall bear the

following caption:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RXSIGHT, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Lead Case No.: 8:25-cv-01820-FWS-KES (Consolidated) |

3. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Case No.: 8:25-cv-01820-FWS-KES. All documents previously filed and/or served in the *Swift* and *Yost* Actions shall be deemed part of the record in the Consolidated Derivative Action. No future filings shall be made in the *Yost* Action. The Clerk of Court is respectfully **DIRECTED** to administratively close the *Yost* Action, Case No. 8:25-cv-02295-FWS-KES.
4. Co-Lead Counsel for Plaintiffs in this Consolidated Derivative Action shall be Rigrodsky Law, P.A. and Gainey McKenna & Egleston.
5. Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.
6. Co-Lead Counsel will be responsible for coordinating all activities and

appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

7. Counsel for all Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

8. This Order shall apply to each related purported shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re RxSight, Inc. Stockholder Derivative Litigation*, Case No.: 8:25-cv-01820-FWS-KES, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re RxSight, Inc. Stockholder Derivative Litigation*, Case No.: 8:25-cv-01820-FWS-KES and counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action

shall apply to all later shareholder derivative actions involving RxSight filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Derivative Action.

9. The Consolidated Derivative Action is hereby stayed on the same terms as previously entered in the *Swift* Action. ECF No. 31. All proceedings in the Consolidated Derivative Action, "including any motion practice, conferences currently scheduled, obligation to respond to the complaint and any amended complaint, and all discovery and disclosure obligations under the applicable local and federal rules, are hereby stayed until a final resolution of the related Securities Class Action, and the "exhaustion of any appeals." ECF No. 31.

10. The Parties are not waiving any rights, claims, arguments or defenses of any kind, and no part of this Order shall be construed as a waiver of any rights, claims, arguments, or defenses.

**IT IS SO ORDERED.**

Dated: November 13, 2025



Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE